COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR REHEARING AND REHEARING EN BANC

Case number:  01-12-00697-CV

Style:  *Matthew John Date and Structured Capital Investments, LLC v. RSL Funding, LLC*

Date motion filed:      June 7, 2013

Party filing motion:    Appellants, Matthew John Date and Structured Capital Investments, LLC

The Motion for Rehearing is **denied**.

A majority of the Court having voted against rehearing en banc, it is **ordered** that the motion for rehearing en banc is **denied**.

Judge's signature: /s/ Jane Bland_____

                            Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, and Huddle.  Justice Sharp not participating. Justice Brown not sitting.

Date:  July 8, 2013_____